No. 79–327. CBS INC. *v.* UNITED STATES ET AL.; and

No. 79–354. COLUMBIA PICTURES INDUSTRIES, INC., ET AL. *v.* UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 79–397. PIHAKIS ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 79–479. GENINS *v.* GEIGER ET UX. Ct. App. Ga. Certiorari denied.

No. 79–481. HANCOCK ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 79–510. AMERICAN TRUCKING ASSNS., INC. *v.* UNITED STATES ET AL. C. A. D. C. Cir. Certiorari denied.

No. 79–511. BREWSTER *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. D. C. Cir. Certiorari denied.

No. 79–516. INLAND OIL & TRANSPORT CO. *v.* UNITED STATES ET AL. C. A. 8th Cir. Certiorari denied.

No. 79–523. LEESONA CORP. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 79–524. KAYE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 79–525. MOENCKMEIER *v.* UNITED STATES ET AL. C. A. 3d Cir. Certiorari denied.

No. 79–530. TEXAS OIL & GAS CORP. ET AL. *v.* MICHIGAN WISCONSIN PIPE LINE CO. ET AL. C. A. 10th Cir. Certiorari denied.